```
          UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

Michael Dubeau

    v.                                  No. 02-cv-397-JD

Jo Anne B. Barnhart, Commissioner
Social Security Administration


O R D E R

    Judgment for the plaintiff shall be entered in accordance with the decision of the Administration Law Judge dated April 29, 2005

    SO ORDERED.

                                                                 _____
                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge

September 20, 2005

cc:   Raymond J. Kelly, Esquire
       David L. Broderick, Esquire